629-07/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

**08 CV 5500**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNIVERSAL REEFERS LTD.,


RECEIVED JUN 18 2008 U.S.D.C. S.D.N.Y. CASHIERS

                     Plaintiff,

**RULE 7.1 STATEMENT**

   -against-

DGM COMMODITIES a/k/a DGM
COMMODITIES, CORP.,

                     Defendant.
------------------------------------------------------------x

      The Plaintiff, UNIVERSAL REEFERS LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
       June 18, 2008

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Plaintiff
                                  UNIVERSAL REEFERS LTD.

                 By: _____
                              Peter J. Gutowski (PG 2200)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Facsimile: (212) 425-1901

NYDOCS1/306265.1