CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Defendant
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| UNIVERSAL REEFERS LTD., | 08 CV 5500 (JGK) |
| Plaintiff, | NOTICE OF RESTRICTED APPEARANCE IN ACCORDANCE WITH RULE E(8) OF THE F.R.C.P. SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS |
| - against – | |
| DGM COMMODITIES a/k/a DGM COMMODITIES CORP., | |
| Defendant. | |

------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE THAT Pursuant to Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, the firm of Chalos, O'Connor & Duffy, LLP, hereby makes a restricted appearance on behalf of defendant DGM COMMODITIES CORP. in the above-captioned action in order to defend against an alleged admiralty and maritime claim with respect to which there has been issued process of maritime attachment and garnishment.

FURTHERMORE, this appearance is expressly restricted to the defense of said claim and is not an appearance for the purposes of any other claim with respect to which such process is not available or has not been served.

In accordance with the above-stated restriction, please enter our appearance as counsel in this case for defendant DGM COMMODITIES CORP.

We certify that we are admitted to practice in this Court.

Dated: Port Washington, New York
       June 30, 2008

                                    CHALOS, O'CONNOR & DUFFY, LLP
                                    Attorneys for Defendant DGM Commodities

By: _____
       Eugene J. O'Connor (EO-9925)
       Timothy Semenoro (TS-6847)
       366 Main Street
       Port Washington, New York 11050
       Tel:  (516) 767-3600 / Fax:  (516) 767-3605