CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Defendant
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNIVERSAL REEFERS LTD.,

                         Plaintiff,

                                                                  08 CV 5500 (JGK)

       v.

DGM COMMODITIES                                      **RULE 7.1 STATEMENT**
a/k/a DGM COMMODITIES CORP.,

                         Defendant.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant DGM COMMODITIES CORP., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
         June 30, 2008

                                              CHALOS, O'CONNOR & DUFFY, LLP
                                              Attorneys for Defendant DGM Commodities

                    By:    _____
                                     Eugene J. O'Connor (EO-9925)
                                     Timothy Semenoro (TS-6847)
                                     366 Main Street
                                     Port Washington, New York 11050
                                     Tel: (516) 767-3600 / Fax: (516) 767-3605