```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNIVERSAL REEFERS, LTD.,

                Plaintiffs,

- against -

DGM COMMODITIES A/K/A DGM COMMODITIES, CORP.,

                Defendants.

08 Civ. 5500 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As stated on the record at the hearing held on July 2, 2008, the attachment is vacated. This order is stayed for ten days pending any appeal.

SO ORDERED.

Dated: New York, New York
      July 2, 2008

                                          John G. Koeltl
                                       United States District Judge