UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNIVERSAL REEFERS LTD.,

                Plaintiff,

     v.

DGM COMMODITIES
a/k/a DGM COMMODITIES CORP.,

                Defendant.
---------------------------------------------------------------X

08 CV 5500 (JGK)

## DEFENDANT DGM COMMODITIES CORP.'S DECLARATION IN SUPPORT OF MOTION TO VACATE THE ATTACHMENT

Pursuant to 28 U.S.C. § 1746, Mr. Nikolai Pirtskhalaishvili, declares under the penalty of perjury that:

1. I, Nikolai Pirtskhalaishvili, am the Executive Vice President of Defendant DGM COMMODITIES CORP. (hereinafter "DGM Commodities"), a party to this action.

2. I am fully familiar with the matters set forth in this declaration, which is submitted in support of Defendant DGM Commodities Corp.'s Motion to Vacate the Order and Process of Attachment.

3. Defendant DGM Commodities is an exporter and distributor of food and poultry products from the United States to various countries around the world. It is registered as a domestic corporation with the New York Department of State Division of Corporations, and its principal office located at 49 Watermill Lane, Great Neck, New York, 11201, about 20 miles from the United States Courthouse in Manhattan. A copy of the listing from the New York State Division of Corporations is attached as Exhibit 1. Please note that the single reference to 48 Watermill Lane is a typographical error. All references to 49 Watermill Lane are correct.

4. Our offices were previously located less than half a mile away at 111 Great Neck Road, Suite 208, Great Neck, New York, 11021. We moved to the current location at 49 Watermill Lane on July 7, 2007. DGM Commodities has been located in Great Neck, New York, since 2002.

5. At all times since DGM Commodities first established its offices in Great Neck, our telephone number of (516) 487-9898 and fax number of (516) 487-9889 have remained the same. These are the same numbers on our current website and in our telephone listing on www.superpages.com and in the printed telephone book. These telephone listings are attached as Exhibit 2.

6. In addition to leased office space in Great Neck, DGM Commodities employs 8 people - all New York State residents, maintains banks accounts in New York State, pays New York State taxes, and conducts business throughout New York State, including Manhattan.

7. Any legal process for DGM Commodities can be served through the Secretary of State of New York or at our current address of 49 Watermill Lane, Great Neck, New York. When DGM Commodities moved from our previous address of 111 Great Neck Road, Great Neck, New York, we obtained mail forwarding through the US Postal Service and to this date continue to receive a very limited amount of residual mail this way.

8. As to the subject dispute between DGM Commodities and Universal Reefers Ltd. (hereinafter "Universal Reefers"), arbitration has been demanded and DGM Commodities has already appointed London solicitors to participate on its behalf. Universal Reefers has submitted a claims statement. I understand that DGM Commodities is, with the consent of Universal Reefers, scheduled to file its response in late July of 2008.

9.   Even though DGM Commodities continues to disagree with Universal Reefers as to the total amount of demurrage and detention due and owing, DGM Commodities has already paid US $554,062.55 to Universal Reefers to address these types of damages for the subject voyage.

10.   If called as a witness, I would testify to the above upon my own personal knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2008 in Great Neck, New York

By: _____
Nikolai Pirtskhalaishvili
Executive Vice President
DGM Commodities, Corp.
49 Watermill Lane
Great Neck, NY 11021
Ph: (516) 487 - 9898
Fax: (516) 487 - 9889
www.dgmholding.com

# EXHIBIT 1

Case 1:08-cv-05500-JGK   Document 15   Filed 07/07/2008   Page 4 of 9

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: DGM COMMODITIES, CORP.

Selected Entity Status Information

**Current Entity Name:** DGM COMMODITIES, CORP.
**Initial DOS Filing Date:** JUNE 16, 2000
**County:** NASSAU
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
DGM COMMODITIES, CORP.
48 WATERMILL LANE
GREAT NECK, NEW YORK, 11021

**Chairman or Chief Executive Officer**
DAVID ELLIA
49 WATERMILL LANE
GREAT NECK, NEW YORK, 11021

**Principal Executive Office**
DGM COMMODITIES, CORP.
49 WATERMILL LANE
GREAT NECK, NEW YORK, 11021

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results     New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# EXHIBIT 2

Home | Advertisers | Download Toolbar | Mobile Search | Help

# superpages.com® we know around here℠

My Superpages

New York, NY

Sign In & Personalize >

**Businesses**

Search for: DGM Commodities    In   New York NY    [ Search ]    ▶ Search Options

**DGM Commodities Results**    Names with *DGM Commodities*    **Show Online Product Results**

[▼ Sort Results and Viewing]    [▶ Narrow My Search]    Show More Categories    Results 1 - 1 of 1

**Enlarge Map Results**

Sort Standard | A-Z | Distance | Rating | Serving the Area    Show results within: 20 miles    Show: 15 per page

Your search area was expanded to provide the best results possible

All Listings
Report Incorrect Listings >

**DGM Commodities**    Rate It and Win    ⚲ Edit
+ Save
▶ Send

Appears in the Category:
Importers

49 Watermill Lane, Great Neck, NY 11021

(516) 487-9898
(516) 487-9889 (fax)

phone    map

Category Sponsor

Enter to Win A Trip to
THE DARK KNIGHT
Movie Premiere in
New York City

Data by Acxiom. Copyright ©2008, Acxiom, Inc.

Report Incorrect Listings >    Have a Business? Want More Customers? Find them here.    Results 1 - 1 of 1

**Businesses**

Search for: DGM Commodities    In   New York NY    [ Search ]    ▶ Search Options

idearc    Advertise with Us | Affiliate Program | Add or Edit a Business
Yellow Pages | City Guides | Online Shopping | Popular Categories | Consumer Center | Superpages Español | Site Map
Terms of Use | Privacy Policy | About Superpages
Copyright © 2008 Idearc Media Corp. All rights reserved.



# Yellow Book™ 2008-2009

*Since 1930* — HOFSTRA PRIDE — (516)HOF-TIXX (516-463-8499) — www.hofstra.edu/Athletics

# Nassau County

**Complete Yellow Pages And Business White Pages**
Residential White Pages @ yellowbook.com

 Menu SECTION — See Restaurants
 Coupon SECTION — Coupons
 READY CAMPAIGN — SEE EMERGENCY PREPAREDNESS



Dragons — For Tickets: 1.866.AFL.TIXX (1-866-235-8499) newyorkdragons.com

NY Islanders — For Tickets: 1.800.882.ISLES (1-800-882-4753) newyorkislanders.com



**LICM** — Long Island Children's Museum
Your ticket to hands-on learning & family fun
**(516) 224-5800**
www.licm.org



**NASSAU COUNTY MUSEUM OF ART**
One Museum Drive, Roslyn Harbor, NY 11576
516-484-9337
www.nassaumuseum.com



Map of Nassau County showing: Long Island Sound, Bayville, Locust Valley, Oyster Bay, Huntington Station, Glen Cove, Port Washington, Syosset, Great Neck, Manhasset, Jericho, Plainview, Hicksville, Mineola, Hempstead, Elmont, Queens, Valley Stream, Copiague, Merrick, Massapequa, Lynbrook, Freeport, Oceanside, Lawrence, Long Beach, Atlantic Ocean. Recyclable Paper. Bright yellow portion of map reflects distribution area of directory.

i

---

Great local search - nationwide... **yellowbook.com**

To Promote Your Business Call 1-800-YB-YELLOW (1-800-929-3556)

Deutsch Eliot J Atty 301 Mineola Blvd Minola 11501 .......... 294-8037
Deutsch Eliot J Atty
  301 Mineola Blvd Minla 11501 Toll Free-Dial '1' & Then ..... 888 487-2334
Deutsch Eliot J Atty
  301 Mineola Blvd Minla 11501 Toll Free '1' ................. 888 426-2889
Deutsch Henry CPA 644 Woodfield Rd W Hmpstd 11552 .......... 481-2302
Deutsch & Lipner Atty 1325 Franklin Ave Grdn Cty 11530 ...... 294-0102
Deutsch & Lipner Atty 1325 Franklin Ave Grdn Cty 11530 ...... 294-8899
Deutsch Samuel DVM 1458 Old Country Rd Plainvw 11803 ...... 694-5050
Dev-Coa Inc 83 Clover Ave Frkln Prk 11001 .................... 352-5364
Devack Mitchell Atty 90 Merrick Ave E Meadow 11554 .......... 775-7500
Devane & Groder Atty 114 Old Country Rd Minla 11501 ........ 248-8090
Devco Associates Inc 117 Church St Mlvrn 11565 .............. 593-5580
Deveau Auto Repair Inc 36 Morris Av Gln Cov 11542 .......... 759-1737
Development Consultants Inc 295 Northern Blvd Grt Nck 11021 .. 829-1817
Developmental Disabilities Institute Inc--
  200 Forest Dr Greenvale--
  Adult Day Svces 210 Forest Dr Grnvle 11548 .................. 484-1029
Devenera Brahmbhatt MD 210 E Sunrise Hwy Vly Strm 11581 .... 568-9119
Devery 1981 Marcus Av Nw Hyd Pk 11042 ...................... 502-4528
Devery & Devery PLLC 1981 Marcus Ave Lk Succss 11042 ...... 433-0480
Devi 9 261 W Old Country Rd Hcksvl 11801 ..................... 935-5220
De Via Bros Asphalt Contractors 237 Grand Blvd Wstbry 11590 .. 333-5991
DeVictoria Plumbing & Heating
  135 Jerusalem Ave Mspqua 11758 .............................. 797-8318
Devil Works 133 E Jericho Trnpk Minola 11501 ................. 294-8972
Devine Catherine 80 Lincoln Av Rckvll Cntr 11570 .............. 678-3063
Devine Deli 240 Rockaway Ave Vly Strm 11580 .................. 792-5799
De Vine Francis P Funeral Home Inc
  293 South St Oystr By 11771 .................................. 922-6700
Devine Limousine Inc 2180 Jericho Trpke Grdn Cty Prk 11040 .. 294-4477
Devine Paul S Atty 200 Old Country Rd Minola 11501 ............ 281-9850
Devita Daniel F Esq 377 Oak St Grdn Cty 11530 ................. 622-7575
Devita Gregory A MD 242 Merrick Rd Rckvll Cntr 11570 .......... 536-5858
Devita Gregory A MD 650 Northern Blvd Grt Nck 11021 .......... 466-7000
Devito & Associates P C 1983 Marcus Av Nw Hyd Pk 11042 ...... 355-5900
Devito Custom Painting 4041 John St Seafrd 11783 ............. 785-1400
DeVito Joseph S MD 930 Broadway Mspqua 11758 .............. 797-7474
Devito Louis Atty 2463 Long Beach Rd Ocnsd 11572 ............ 255-0959
De Vito Michael A 226 7th St Grdn Cty 11530 ................... 747-5522
De Vito Ronald 27 Sherwood Gate Oystr By 11771 .............. 624-8005
De Vito Ronald 27 Sherwood Gate Oystr By 11771 .............. 624-8057

### DEVITO STUDIOS LTD
438 Sunrise Hwy Rckvll Cntr 11570 .......................... **764-7371**

DeVivo Emidia L DDS Ofc 604 The Plain Rd Wstbry 11590 ...... 333-5330
Devlin Builders 44 George St Mnhsst 11030 .................... 365-6685
Devlin Kevin 357 Emory Rd Minla 11501 ........................ 741-7650
Devlin Real Estate 249 Plandome Rd Manhst 11030 ............. 365-9010
Devon Architects Pc 185 Great Neck Rd Grt Nk 11021 .......... 466-6320
Devon Glass & Filter Co 9 Village Rd Syset 11791 .............. 938-1214
Devor & Assocs
  769 Empire Ave Fr Rckwy 11691 ........... Cedarhurst Telno 569-3500
De Vore C 27 Jesse St Frport 11520 ........................... 223-7896
Devoted Parents Assoc 471 Elmont Rd Elmnt 11003 ............. 355-5121
Dew David 272 S Ocean Ave Frport 11520 ...................... 867-3924
Dewey Air Switch 38 Overlook Ter Rslyn Hghts 11577 ........... 621-8686
DeWitt & Higgins Attys 26 Robinson Ave Gln Cv 11542 ......... 676-3679
DeWitt Tool Company Inc 3574 Lawson Blvd Ocnsd 11572 ....... 764-5700
Dexter Magnetic Materials Div 400 Karin Ln Hcksvl 11801 ..... 822-3311
Dezant Signs Inc 137 E Merrick Rd Frport 11520 ............... 771-9241
D F Adjustment Co
  379 Arbuckle Ave Cdrhst 11516 Toll Free '1' ............ 800 651-5170
D F Aitken & Sons Inc 5 Whetmore Dr Syset 11791 .............. 921-1510
DF Allen Container Srvc 114 Sylvester St Wstbry 11590 ........ 333-5711
D & F Auto Truck Repair Inc 73 Cedar Swamp Rd Gln Cv 11542 .. 674-2400
D & F Improvement 147 Wardwell Rd Minla 11501 .............. 248-6162
D & F Pallet Enterprises Inc 465 Grand Blvd Wstbry 11590 ..... 333-5015
D F Stone Contracting 1900 Hempstead Tpke E Meadow 11554 .. 222-0041
Dfass Ventures LLC 30 Inlp Dr Inwd 11096 ..................... 239-3464
DFD Abstract LLC 1055 Old Country Rd Wstbry 11590 ........... 333-1826
DFS Salon 1528 Union Trnpk Nw Hyd Prk 11040 ................. 437-3003
DG 2058 Green Acres Mall Vly Strm 11581 ...................... 593-6425
D & G Automotive Inc 507 Atlantic Ave Frport 11520 ............ 378-6489
D & G Automotive Inc 507 Atlantic Ave Frport 11520 ............ 378-4498
D & G Equip Co 2482 Merrick Rd Bllmr 11710 ................... 785-2429

### DG FURNITURE REUPHOLSTERY
2813B Merrick Rd Bllmr 11710 ............................... **679-1265**

Dg Painting Corporation 83 Constellation Rd Lvtwn 11756 ..... 796-1625
Dga Deals Inc 1504 Old Country Rd Wstbry 11590 .............. 222-1219
Dgc Capital Contracting Corp
  406 S Oyster Bay Rd Hksvl 11801 ............................. 938-0742
DGC Inc 14964 253rd St Rsdl 11422 ...... Long Island City Telno 295-0296
D G M Commodities 49 Watermill Ln Grt Nk 11021 .............. 487-9898
D & H Distributor 34 Atlantic Av Lynbrk 11563 ................. 593-0774
D & H Multiple Services Inc 115 Meacham Av Elmnt 11003 ..... 775-3366
Dhaba Indian Cuisine 4400 Jericho Tpke Jrcho 11753 .......... 933-4190
Dhaka Enterprises 151 Hempstead Ave W Hmpstd 11552 ....... 292-2470

Dhammapal Entertainment 266 Jericho Tpke Flrl Prk 11001 .... 358-5488
Dharia Nimish MD 2035 Lakeville Rd Nw Hyd Prk 11040 ........ 488-1010
Dhaval Convenience Store 324 Jericho Trnpk Syoset 11791 ..... 496-8427
Dhillon Transport Inc
  145 Hook Creek Blvd Vly Strm 11580 Toll Free '1' ........ 800 299-9496
DHL Express Toll Free '1' ................................... 800 225-5345
DHP Insurance Brokerage Inc 3926 Arthur Ave Seafrd 11783 ... 826-2400
Dhuper Medical Associates PC
  47 Red Ground Rd Old Wstbry 11568 ........................... 626-6027
D H X 81 N Forest Ave Rckvll Cntr 11570 ....................... 678-9811
D & I Enterprises Inc 2116 Merrick Ave Mrrck 11566 ........... 223-3127
Diabella 98 Cuttermill Rd Grt Nk 11021 ........................ 472-7222
Diabella Inc 98 Cuttermill Rd Grt Nk 11021 .................... 773-3636
Diabetes Education Assocs
  3003 New Hyde Park Dr Nw Hyd Prk 11040 .................... 829-3442
Diabetes Education Assocs
  3003 New Hyde Park Rd Nw Hyd Prk 11042 .................... 327-0860
Diabetes Education Assocs
  3003 New Hyde Park Rd Nw Hyd Prk 11042 .................... 327-0879
Diabetes Research Institute F Oundation
  410 Jericho Tpke Jrcho 11753 ................................ 822-1700
Diabetic Eye Center 70 E Sunrise Hwy Vly Strm 11581 .......... 825-3000
Diabetic Foot Care Services 50 Hempstead Ave Lynbrk 11563 .. 599-0302
Diabetics Ltd 303 Merrick Rd Lynbrk 11563 ..................... 596-4357
Diabetics Ltd 303 Merrick Rd Lynbrk 11563 ..................... 596-4328
Diaferia & Knice
  1624 Aetna Pl Mrrck 11566 .............. Franklin Square Telno 358-9100
Diagnostic Imaging Group 560 S Broadway Hcksvl 11801 ...... 681-5731
Diagnostic Medical Imaging Of Long Island PC
  185 Merrick Rd Ocnsd 11572 ................................. 766-6550
Diagnostic Ultrasound Specialists PC
  4 Wildwood Ct Lst Vly 11560 ................................ 676-6038
Diagnostix Plus Inc 100 N Village Av Rkvl Cntr 11570 ......... 536-2850

### DIAL A BRAND
2208 Sunrise Highway Mrrck 11566 ........................... **378-9694**

Dial A Bug Pest Control 670 E Walnut St Lng Bch 11561 ....... 431-4611
Dial-A-Mattress 11101 Toll Free '1' ........................ 800 628-8737
Dial A Mattress
  Dam Manhasset 1508 Northern Blvd Mnhsst 11030 ............ 869-5192
Dial A Mattress--
  Dam Manhasset 1508 Northern Blvd Mnhsst ................... 869-5193
  Dam Mineola 140 Jericho Tpke Minla .......................... 877-2856
Dial-A-Nerd 20 Oxford Place Rckvll Cntr .... Rockville Centre Telno 596-6373
Dial-A-Rad 445 S Franklin St Hmpstd 11550 .................... 489-1447

### DIAL-A-SEWER-MAN
Call .................................................... **222-2500**

Dial-A-Sewer Man Sewer & Drain Cleaning
  224-17 Union Trnpk Bysd 11364 ............ Garden City Telno 222-2588
Dial A Water Heater
  45 W Jefryn Blvd Deer Pk 11729 Toll Free '1' ............ 800 633-3468
Dial Bed King
  514 East Meadow Ave E Meadow 11554 Toll Free '1' ........ 800 427-5337
Dial Fastbed Wstbry 11590 .................................... 334-8191
Dial For Dollars 200 Old Country Rd Minola 11501 ............. 746-1434
Dial For Dollars 200 Old Country Rd Minola 11501 ............. 280-7011
Dial Industries Inc 31 Hamlet Dr Plnvw 11803 .................. 367-2037
Dial N Entertainer 248 Orchid Rd Lvtwn 11756 .................. 735-0900
Dial & Save Long Distance--
  Residential Sales & Service Toll Free '1' ............... 800 787-3333
  Business Sales & Service Toll Free '1' .................. 800 787-1613
Dial Transmission Inc 2242 Merrick Rd Mrrck 11566 ............ 378-4990
Dialysis Career Training Institute LLC
  22 S 9 Nw Hyd Prk 11040 ..................................... 437-4170
Dialysis Equipment Services Inc 18 Brokaw Ave Flrl Prk 11001 .. 354-6333
Dialysis Equipment Svcs Inc 18 Brokaw Av Flrl Pk 11001 ....... 354-6633
Dialysis Purchasing Alliance
  300 Broadhollow Rd Mlvll 11747 Toll Free '1' ............ 800 372-4002
Diamat 89 E Shore Rd Mnhsst 11030 ........................... 627-3355
Diamond Auto Recyclers
  4334 Industrial Pl Isl Prk 11558 Toll Free '1' .......... 800 330-2433
Diamond Auto Repair 49 N Central Ave Vly Strm 11580 .......... 825-2288
Diamond Beauty Salon 2937 Long Beach Rd Ocnsd 11572 ....... 594-1839
Diamond Boutique 77 Main Pl Wshgtn 11050 ................... 767-0220
Diamond Burton S MD PC 55 Surrey Ln Rckvll Cntr 11570 ...... 594-2419
Diamond Cabinet Co Inc 82 S Long Beach Rd Rckvll Cntr 11570 . 536-7505
Diamond Central Enterprise Corp Bysd 11361 .... Nassau Telno 825-2288
Diamond Consulting Group Inc 912 Gerry Ave Lng Bch 11561 .. 432-0696
Diamond Corp 11747 ..................................... 631 270-4700
Diamond Cut Of NY 949 Central Ave Wdmr 11598 .............. 374-4449
Diamond David Piano Tuner 74 Spring Ln Lvtwn 11756 ........ 796-8061
Diamond D Construction Amtyvl 11701 Toll Free '1' ...... 800 658-4333
Diamond Demolition 3331 Park Ave Wntgh 11793 .............. 735-6909
Diamond Detailing 708 Willis Ave Wllstn Pk 11596 ............. 248-2529
Diamond Discount Professional Beauty Supply
  2937 Long Beach Rd Ocnsd 11572 ............................. 594-1839
Diamond Edge 3041 Hempstead Tpke Lvtwn 11756 .............. 520-1081
Diamond Edw Rabbi 450 Shore Rd Lng Bch 11561 ............... 431-2110
Diamond Enterprises USA Inc 56 Randy Ln Plnvw 11803 ........ 938-2162

Diamond Envelope & Printing 98 Field W Babyln 11704 ...... 631 845-5260
Diamond Eric MD 100 Manetto Hill Rd Plnvw 11803 ............. 933-3323
Diamond Essence Of Great Neck Ltd
  23 Middle Neck Rd Grt Nck 11021 ............................. 482-8960
Diamond Exterior Restoration 100 Express St Plnvw 11803 ..... 938-5936
Diamond Ezriel MD PC 688 Old Country Rd Plainvw 11803 ..... 932-6007
Diamond Fasteners Inc 176-09 Central Ave Frmngdl 11735 .. 631 694-2766
Diamond Finance Company 50 Jericho Tpke Jrcho 11753 ........ 334-8000
Diamond Forwarding International Inc
  104 S Central Av Vly Strm 11580 .............................. 872-6500
Diamond Geyer & Co 995 Fulton St Frmngdl 11735 .............. 249-6940
Diamond Haircutters Inc 163 E Jericho Tpke Minla 11501 ....... 747-7866

### DIAMOND HOUSE CRAFT INC
11 Lansdowne Ave Mrrck 11566 ................................ **379-2089**

Diamond II Floors Inc 11509 .................................. 239-6822
Diamond Island 5050 Sunrise Hwy Mspqua Pk 11762 ............ 882-0400
Diamond Island Inc 3041 Hempstead Tpke Lvtwn 11756 ........ 731-4626
Diamond J 249-15 B8 Rd Bllrse 11426 ........ Oceanside Telno 678-4499
Diamond Jack D CPA 85 Atlantic Ave Lynbrk 11563 ............. 594-9500
Diamond Kenneth S Atty 727 Broadway Nrth Msspq 11758 ..... 798-7800
Diamond Kerbis & Weinstein CPA's PC
  99 Mineola Av Rslyn Hghts 11577 ............................. 484-2700
Diamond Laundromat 490 Hempstead Tpke Elmnt 11003 ........ 326-9303
Diamond Laundromat 490 Hempstead Trnpk Elmnt 11003 ....... 327-6989
Diamond Law Offices 600 Old Country Rd Grdn Cty 11530 ..... 228-0820
Diamond Legend Jewelry 349A Old Country Rd Crl Plc 11514 .. 997-2511
Diamond Limousine Corp
  26 Jefferson St Gln Cv 11542 .............. Oyster Bay Telno 922-2710
Diamond Lounge Inc 1519 Hempstead Tpke Elmnt 11003 ........ 328-6858
Diamond Maid Svc 17 Radstock Ave Vly Strm 11580 ............. 285-8070
Diamond Masonary & Co 1378 Whittier Ave Mrrck 11566 ...... 208-3368
Diamond Michael K DDS 70 Glen Cove Rd Rslyn 11576 ........ 484-5999
Diamond Michael W DDS 1705 Broadway Hwltt 11557 ......... 599-4446
Diamond Mortgage 403 Merrick Rd E Meadow 11554 ............ 794-9600
Diamond Mortgage 134 Middle Neck Rd Grt Nk 11021 .......... 487-0222
Diamond Nail & Spa 2 Taft Av Lynbrk 11563 .................... 872-2839
Diamond Point Trading Co Inc 70 Glen Gln Cov 11542 ......... 674-0570

### DIAMOND PRECAST PRODUCTS
Suffolk ................................................ **631 874-3772**

Diamond Promotions 45 Herb Hill Rd Gln Cv 11542 ............. 674-0101
Diamond Realty Group 28 E Park Av Lng Bch 11561 ............. 432-2000
Diamond Realty Group 28 E Park Av Lng Bch 11561 ............. 665-2000
Diamond Realty Group 28 E Park Av Lng Bch 11561 ............. 432-2001
Diamond Reporting Svce 114 Old Country Rd Minla 11501 ..... 739-1460
Diamond Richard Atty
  3085 Judith Dr Bllmr 11710 ........... Rockville Centre Telno 766-5255
Diamond Richard Atty 1900 Hempstead Tpke E Meadow 11554 .. 794-5255
Diamond Roof Inc 3041 Hempstead Tpke Lvtwn 11756 .......... 579-6030
Diamond Rush International Inc
  3041 Hempstead Tpke Levitwn 11756 .......................... 520-4270
Diamond Sheet Corporation The
  33 Great Neck Rd Grt Nck 11021 ............................... 482-9467

### DIAMOND & SONS FLOORING
Call ................................................... **239-6822**

Diamond Steven B 233 7th St Grdn Cty 11530 .................. 248-5005
Diamond Touch 491 Peninsula Blvd Hmpstd 11550 .............. 483-1090
Diamond Truck Leasing Corp
  105 Amfesco Dr Plainvw 11803 ............................ 631 293-1680
Diamond Upholstery & Design 281 Glen St Gln Cv 11542 ...... 674-3100
Diamond Video Production Frnkln Sq 11010 .................... 354-5767
Diamond Vision 4 College Pl Rckvll Cntr 11570 ................ 766-2423
Diamond Vision 06830 Toll Free-Dial '1' & Then ......... 800 984-2020
Diamond Window Factory 724 Park Pl Lng Bch 11561 .......... 431-3955
Diamond Window Factory
  724 Park Pl Lng Bch 11561 Toll Free '1' ................. 888 822-9112
Diamond's Army & Navy
  344 New York Ave Hntngtn 11743 Toll Free '1' ............ 800 427-2769
Diamonds Chauffeured Services Inc Grt Nck ..... Wantagh Telno 221-1030
Diana Nails 302 Sunrise Hwy Rckvll Cntr 11570 ................. 678-5656
Diana Quimi 236 Fulton Ave Hmpstd 11550 ..................... 485-3847
Diana Vargas Esq 105 Berry Hill Rd Oystr By 11771 ............. 628-1277

### DIANA'S AT YVETTE FASHIONS/PROSTHESES
40-13 Bell Blvd Bysd 11361 ................................. **718 229-5724**

Diana's Outlet 34 School St Gln Cv 11542 ...................... 656-5773
Diana's Spa On The Wharf 405 Main St Pt Wshgtn 11050 ..... 767-9670
Diane Capezza 29 Barstow Rd Grt Nk 11023 .................... 466-6710
Diane J Gutman ACSW 4277 Hempstead Tpke Bthpg 11714 ..... 731-4901
Diane's Bakery Cafe 7955 Jericho Trnpk Wdbry 11797 ......... 677-5122
Diane's Desserts 23 Bryant Ave Rslyn 11576 ................... 621-2522
Diane's Desserts 23 Bryant Av Rslyn 11576 .................... 625-0298
Diane's Hair Salon Inc 530 Westbury Ave Crl Plc 11514 ....... 997-3855
Diane's Place 191 Main St Pt Wshgtn 11050 ................... 767-3834