USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2008

629-07/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNIVERSAL REEFERS LTD.,

          Plaintiff,

-against-

DGM COMMODITIES a/k/a
DGM COMMODITIES, CORP.,

          Defendant.
---------------------------------------x

08 CIV. 5500 (JGK)

STIPULATION AND
ORDER OF DISMISSAL
AND RELEASE OF
ATTACHMENT

      The above-captioned matter having been settled between the parties under terms which provide for a subsequent payment by the Defendant of a sum certain to the Plaintiff, the above-entitled action is hereby dismissed with prejudice pursuant to FRCP 41(a), subject to the right of any party to renew the action if settlement is not consummated in 30 days, and the Attachment issued in this action pursuant to Supplemental Admiralty Rule B is hereby cancelled and withdrawn. Any garnishee who restrained funds pursuant to the Order of Attachment issued in this action is hereby directed to release the funds from attachment and remit them to the original intended

NYDOCS1/308819.1                    1

beneficiary and/or pursuant to the written instructions of counsel for the Defendant herein.

Dated: July 16, 2008

| | |
|---|---|
| FREEHILL, HOGAN & MAHAR, LLP<br>Attorneys for Plaintiff<br>UNIVERSAL REEFERS LTD.<br><br>By: _____<br>Peter J. Gutowksi (PG-2200)<br>80 Pine Street<br>New York, New York 10005<br>(212) 425-1900<br>gutowski@freehill.com | CHALOS, O'CONNOR & DUFFY LLP<br>Attorneys for Defendant<br>DGM COMMODITIES a/k/a DGM<br>COMMODITIES CORP.<br><br>By: _____<br>Timothy Semenoro (TS 6847) /<br>Eugene J. O'Connor (EO-9925)<br>366 Main Street<br>Port Washington, New York 11050<br>(516) 767-3600<br>tsemenoro@codus-law.com;<br>oconnor@codus-law.com |

The parties hereby consent to entry of this Stipulation and Order.

_____
U.S.D.J.

7/18/08

NYDOCS1/308419.1                2